United States District Court
for the
Southern District of New York

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT<br><br>Plaintiff<br>v.<br><br>COURTNEY R. MC DERMOTT AKA COURTNEY R. MCDERMOTT, MARK A. MC DERMOTT AKA MARK A. MCDERMOTT<br><br>Defendant(s) | Civil Action No. 20-cv-00352<br><br>**DEFAULT JUDGMENT OF FORECLOSURE AND SALE** |

Before the Court is a motion for default judgment against the Defendant, Courtney R. Mc Dermott AKA Courtney R. McDermott ("Defendant"), pursuant to Fed. R. Civ. P. §55 and L. R. Civ. P. §55, filed on ___9/22/22___. This action was commenced by the filing of a summons and complaint on January 14, 2020, a copy of which was served on the Defendant on January 25, 2020. The Defendant did not answer, appear, or move with respect to the Complaint and the time to do so expired. Plaintiff requested a Certificate of Default on February 20, 2020, and such certificate was entered by the Clerk of the Court on May 28, 2020.

In accordance with RPAPL §1351(1), which states the judgment shall also include the name and telephone number of the mortgage servicer for a plaintiff involving a mortgage foreclosure of a one- to four-family residential property; the Servicer for the Plaintiff has the following name and telephone phone number: Rushmore Loan Management Services, LLC, 888-504-7300.

The Plaintiff complied with the rules for securing a default judgment and a judgment of foreclosure and sale under New York law. Accordingly, it is hereby

1

**ORDERED, ADJUDGED AND DECREED,** the Plaintiff's motion is granted; and it is further

**ORDERED, ADJUDGED AND DECREED,** the Plaintiff is awarded default judgment against the Defendant pursuant to Fed. R. Civ. P. §55(b)(2); and it is further

**ORDERED, ADJUDGED AND DECREED,** that the Plaintiff is awarded Judgment of Foreclosure and Sale against the Defendant in the amount of $228,648.82 with an unpaid principal balance of $155,800.00 as of January 24, 2021, with contractual interest at the rate of 4.000% percent until entry of this order and the statutory rate thereafter; and it is further

**ORDERED, ADJUDGED AND DECREED** that all other provisions of the Judgment of Foreclosure and Sale that was signed by the Court and filed on July 5, 2022 are incorporated into and made a part of the Default Judgment and are in full force and effect, and the public auction of the mortgaged real property shall be conducted in accordance with the July 5, 2022 Judgment of Foreclosure and Sale.

                              **ENTER:**

                              _____
                              **DISTRICT JUDGE KENNETH M. KARAS**
                              **UNITED STATES DISTRICT COURT FOR**
                              **THE SOUTHERN DISTRICT OF NEW**
                              **YORK**

Dated:   June 18, 2025
         White Plains, New York

File No. 191179293 (Title No. FCL-151211-19)

## SCHEDULE A
## DESCRIPTION

### Section 33 Block 8 and Lot 10

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Middletown, County of Orange, State of New York being known and designated as Lot No. 28 in Block E on a map entitled, "Map of the lands of Stratton and Corey near the Southern Boundary of the City of Middletown" filed in the Orange County Clerk's Office on 12 March 1985 as Map No. 150 and being more accurately bounded and described as follows:

BEGINNING at a set iron pipe in the Southwesterly line of Clinton Street at the Northerly most corner of Lot No. 27;

RUNNING THENCE from said point or place of beginning and along the Northwesterly line of Lot No. 27, South 45 degrees 45 minutes 00 seconds West, a distance of 100.00 feet to a set iron pipe;

THENCE along the Northeasterly line of Lot No. 4, North 44 degrees 15 minutes 00 seconds West, a distance of 50.00 feet to a set iron pipe;

THENCE along the Southeasterly line of Lot No. 29, North 45 degrees 45 minutes 00 seconds East, a distance of 100.00 feet to a set iron pipe;

THENCE along the Southwesterly line of Clinton Street, South 44 degrees 15 minutes 00 seconds East, a distance of 50.00 feet to the point or place of BEGINNING.

**Premises known as 41 Clinton Street, Middletown, NY 10940**